Certificate Number: 05781-NJ-DE-033286172

Bankruptcy Case Number: 19-25396



05781-NJ-DE-033286172

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 21, 2019</u>, at <u>1:38</u> o'clock <u>PM PDT</u>, <u>James Rezabala</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 21, 2019</u>           By:     <u>/s/Allison M Geving</u>

                                        Name:   <u>Allison M Geving</u>

                                        Title:  <u>President</u>