Certificate Number: 05781-NJ-DE-033286174

Bankruptcy Case Number: 19-25396



05781-NJ-DE-033286174

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2019, at 1:38 o'clock PM PDT, Erika Penachi completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 21, 2019              By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President