| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER SANDERS & KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By: Steven P. Kartzman, Esq.<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee | Case No.: 19-25396-VFP<br><br>Chapter: 7 |
| **In re:**<br><br>**JAMES X. REZABALA AND ERIKA M. PENACHI,**<br><br>         **Debtor(s).** | Adv. No.: N/A<br><br>Hearing Date: N/A<br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, *Donna Zvolensky*:

    ☐   represent _____ in this matter.

    [x]   am the secretary/paralegal for ***Mellinger, Sanders & Kartzman, LLC***, who represents ***Steven P. Kartzman*** in this matter.

    ☐   am the _____ in this case and am representing myself.

2. On ***September 19, 2019***, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    ***Application to Employ Attorney for Trustee Pursuant to 11 U.S.C. Section 327(d); Certification of Steven P. Kartzman, Trustee; and proposed Order Authorizing Retention of Attorney***

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ***September 19, 2019***                                                                     */s/ Donna Zvolensky*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey, 07102 | U.S. Trustee | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>✔ Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William P. Bonomo, Esq.<br>3710 Kennedy Blvd.<br>Union City, New Jersey 07087 | Attorney for Debtor | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>✔ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>4909 Savarese Center<br>Tampa, Florida 33634 | Secured Creditor | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quicken Loans<br>1050 Woodward Ave<br>Detroit, MI 48226 | Secured Creditor | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State Auto Sales<br>510 Kennedy Blvd.<br>Union City, New Jersey 07087 | Secured Creditor | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>216 Haddon Avenue, Suite 406<br>Westmont, New Jersey 08108 | Request for Notice filed 08/21/2019 | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>P.O. Box 982238<br>Attn: Bankruptcy Dept.<br>El Paso, Texas 79998 | Secured Creditor | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |