

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

# memorandum

❑ P.O. Box 1352
Newark, NJ 07101-1352
(973) 645-4764

❑ P.O. Box 2067
Camden, NJ 08101-2607
(856) 361-2300

❑ 402 East State Street
Trenton, NJ 08608
(609) 858-9333

TO: _____

FROM: Jeanne A. Naughton, Clerk

RE: Filing Fees

DATE: _____

CASE NO.: _____

PLEADING: _____

This will confirm receipt of the above pleading on _____. This will further confirm receipt of a fee relative to the filing in the amount of $_____. The filing fee for these documents is $_____.

Please remit the difference in the amount of $_____ as soon as possible.

Please be advised that the United States Bankruptcy Court for the District of New Jersey does not accept cash. Payment must be in the form of an attorney check, money order or certified check.