| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By:  Steven A. Jayson, Esq.<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee | Case No.:      19-25396-VFP<br><br>Chapter:       7 |
| **In re:**<br><br>**JAMES X. REZABALA and ERIKA M. PENACHI,**<br><br>                          **Debtor(s).** | Adv. No.:     N/A<br><br>Hearing Date:  03/09/2021 @ 10:00 a.m.<br><br>Judge:         Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, *Donna Zvolensky*:

   ☐    represent _____ in this matter.

   [x]    am the secretary/paralegal for *Mellinger Kartzman LLC*, who represents *Steven P. Kartzman* in this matter.

   ☐    am the _____ in this case and am representing myself.

2. On *February 9, 2021* I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   *Notice of Motion of Chapter 7 Trustee for an Order Authorizing Private Sale of Property to the Estate Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363; Authorizing Distribution of Sale Proceeds; Directing the Debtor and Co-Owner to Vacate; Waiving 14 Day Stay of Order; and Granting Related Relief; Certification in Support; Order; and copy of filed Notice of Private Sale.*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  *February 10, 2021*                                                              */s/ Donna Zvolensky*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey 07102 | **U.S. Trustee** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X** Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William P. Bonomo, Esq.<br>3710 Kennedy Blvd.<br>Union City, New Jersey 07087 | **Attorney for Debtor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X** Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>4909 Savarese Center<br>Tampa, Florida 33634 | **Secured Creditor** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quicken Loans<br>1050 Woodward Avenue<br>Detroit, Michigan 48226 | **Secured Creditor** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State Auto Sales<br>510 Kennedy Blvd.<br>Union City, New Jersey 07087 | **Secured Creditor** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Bank of America, N.A.<br>P.O. Box 982238<br>Attn: Bankruptcy Dept.<br>El Paso, Texas   79998 | **Secured Creditor** | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin D. McDonald, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue<br>Suite 405<br>Westmont, New Jersey  08108 | **Notice of Appearance filed on 8/21/19 on behalf of Bank of America, N.A.** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X**  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |