UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
JAMES X. REZABALA and ERIKA M. PENACHI,  
                    Debtors.

Case No.: 19-25396 (VFP)  
Chapter: 7  
Judge: Papalia

## NOTICE OF PROPOSED PRIVATE SALE

_____Steven P. Kartzman_____, __the Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk |
| --- | --- |
|  | 50 Walnut Street |
|  | Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __March 9, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3B__, __50 Walnut Street, Newark, NJ 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | Two (2) family residence located at 3365 Kennedy Boulevard, Jersey City, New Jersey |
| --- | --- |

| Proposed Purchaser: | Sardar Gurbeer Singh, Jasvinder Kaur, and Reena Jhon a/k/a Reena John a/k/a Renna Jhon |
| --- | --- |

| Sale price: | $600,000.00 |
| --- | --- |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | KW City Life JC Realty |
| --- | --- |
| Amount to be paid: | $30,000.00 |
| Services rendered: | Providing a valuation of the Property; marketing the Property; showing the Property; and assisting in the sale of the Property. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Steven A. Jayson

Address: 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07905

Telephone No.: 973-267-0220

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
James X. Rezabala  
Erika M. Penachi  
    Debtors

Case No. 19-25396-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 10, 2021      Form ID: pdf905      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James X. Rezabala, 3365 Kennedy Blvd., Jersey City, NJ 07307-4208 |
| jdb | + | Erika M. Penachi, 453 Tomas Ave., Apt. 2, Lyndhurst, NJ 07071-3117 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibralter Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| r | + | KW City Life JC Realty, KW City Life JC Realty, 190 Christopher Columbus Drive, Jersey City, NJ 07302-3432 |
| 518398802 | + | Aargon Collection Agency, 3025 W. Sahara, Org. acct. # 006904079207, Las Vegas, NV 89102-6094 |
| 518398803 | + | Aargon Collection Agency, 8668 Springmountain Rd., Attn : Bankruptcy Dept., Las Vegas, NV 89117-4132 |
| 518398804 | + | American Express Co., P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518398805 | + | American Express Co., P.O. Box 981540, Attn : Correspondence Dept., El Paso, TX 79998-1540 |
| 518696175 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518398808 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, N. A., P.O. Box 982238, Attn : Bankruptcy Dept., El Paso, TX 79998 |
| 518398807 | + | Bank of America, N. A., 4909 Savarese Center, Tampa, FL 33634-2413 |
| 518398809 | + | Bank of America, N. A., 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 518721946 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518667339 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518398810 | + | Best Buy Co. / Citi Bank, N. A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518671869 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518398818 | + | Citi Bank, N. A. / Best Buy Co., P.O. Box 790034, Attn : Centralized Bankruptcy, Saint Louis, MO 63179-0034 |
| 518695315 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518398823 | + | First Credit Services, P.O. Box 55, 3 Sciles Ave., Piscataway, NJ 08855-7200 |
| 518398824 | + | Firstsource Advantage, LLC, 205 Bryant Woods South, Org. acct. # 3499920038772463, Amherst, NY 14228-3609 |
| 518398825 | + | Frederick I. Weinberg & Associates, P.C., 1200 Laurel Oak Rd., Ste.104, Org. acct. # 5466-3229-9947-7213, Voorhees, NJ 08043-4317 |
| 518398826 | + | Jersey City Municipal Utility Authority, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 518398828 | + | Kohl's / Capital One Bank, N. A., P.O. Box 30285, Attn : Bankruptcy Dept., Salt Lake City, UT 84130-0285 |
| 518398829 | + | Mercantile Adjustment Bureau, LLC, 165 Lawrence Bell Dr., Ste. 100, Org. acct. # ends in 5599, Williamsville, NY 14221-7900 |
| 518704514 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518398830 | | Radius Global Solutions, LLC, P.O. Box 390846, Org. acct. # 3499920038772463, Jacksonville, FL 32225 |
| 518747231 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518398833 | + | State Auto Sales, 510 Kennedy Blvd., Union City, NJ 07087-3411 |
| 518398834 | + | State of New Jersey Tax Dept., 50 Barrack Street, Trenton, NJ 08608-2006 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2021 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2021 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-25396-VFP    Doc 29    Filed 02/12/21    Entered 02/13/21 00:20:09    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2021 | Form ID: pdf905 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518398813 | | Email/Text: bankruptcy@cavps.com | Feb 10 2021 21:18:00 | Cavalry Portfolio Services, LLC, P.O. Box 27288, Tempe, AZ 85285 |
| 518610280 | + | Email/Text: documentfiling@lciinc.com | Feb 10 2021 21:17:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518398812 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 10 2021 23:57:30 | Capital One Bank USA, N. A., P.O. Box 30285, Attn : Bankruptcy Dept., Salt Lake City, UT 84130-0285 |
| 518398811 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 11 2021 00:05:53 | Capital One Bank USA, N. A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518398815 | + | Email/Text: bankruptcy@cavps.com | Feb 10 2021 21:18:00 | Cavalry Portfolio Services, LLC, 500 Summit Lake Drive, Ste. 400, Valhalla, NY 10595-2322 |
| 518398814 | + | Email/Text: bankruptcy@cavps.com | Feb 10 2021 21:18:00 | Cavalry Portfolio Services, LLC, 500 Summit Lake Dr., Ste. 400, Attn : Bankruptcy Dept., Org. acct. # 20036270, Valhalla, NY 10595-2321 |
| 518604938 | + | Email/Text: bankruptcy@cavps.com | Feb 10 2021 21:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518695315 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2021 00:06:27 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518398821 | | Email/Text: mrdiscen@discover.com | Feb 10 2021 21:17:00 | Discover Financial Services, LLC, P.O. Box 15316, Attn : Bankruptcy Dept., Wilmington, DE 19850 |
| 518398820 | | Email/Text: mrdiscen@discover.com | Feb 10 2021 21:17:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 518607728 | | Email/Text: mrdiscen@discover.com | Feb 10 2021 21:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518398819 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2021 21:17:00 | Dept. of the Treasury, Internal Revenue Service, Cincinnati, OH 45999 |
| 518398817 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 11 2021 00:05:46 | Chase Bank, N. A., P.O. Box 15298, Attn: Correspondence Dept, Wilmington, DE 19850 |
| 518398816 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 10 2021 23:57:27 | Chase Bank, N. A., P.O. Box 15298, Wilmington, DE 19850 |
| 518398827 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 10 2021 21:17:00 | Kohl's / Capital One Bank USA, N. A., N.56 W. 17000 Ridgewood Dr., Menomonee Falls, WI 53051-7096 |
| 518398831 | + | Email/Text: bankruptcy@sw-credit.com | Feb 10 2021 21:18:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 518398832 | + | Email/Text: bankruptcy@sw-credit.com | Feb 10 2021 21:18:00 | Southwest Credit Systems, 4120 International Pkwy., Ste.1100, Carrollton, TX 75007-1958 |
| 518398835 | | Email/Text: bankruptcy@td.com | Feb 10 2021 21:18:00 | TD Bank, N. A., 70 Gray Rd., Portland, ME 04105 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518398806 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, N. A., P.O. Box 982238, El Paso, TX 79998 |
| 518398822 | ##+ | First Credit Services, 377 Hoes Lane, Piscataway, NJ 08854-4155 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2021              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph R Zapata, Jr | on behalf of Plaintiff Steven P. Kartzman jzapata@msbnj.com |
| Kevin Gordon McDonald | on behalf of Creditor BANK OF AMERICA N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William P. Bonomo | on behalf of Debtor James X. Rezabala nyattybill@aol.com bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bestcase.com |
| William P. Bonomo | on behalf of Joint Debtor Erika M. Penachi nyattybill@aol.com bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bestcase.com |

TOTAL: 8