# MELLINGER KARTZMAN LLC
## ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

Tel: (973) 267-0220
Fax: (973) 267-3979

www.msklawyers.com

LOUIS P. MELLINGER
STEVEN P. KARTZMAN
JUDAH B. LOEWENSTEIN
STEVEN A. JAYSON
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN

Electronic Mail:
skartzman@msklaw.net
jloewenstein@msklaw.net
sjayson@msklaw.net

March 9, 2021

To all Individuals and Businesses listed
on the attached Service List

    Re:    In re James X. Rezabala and Erika Penachi
           Case No.: 19-25396-VFP
           Property: 3365 John F. Kennedy Boulevard, Jersey City, NJ 07307

To Whom it May Concern:

This office is counsel to Steven P. Kartzman, Chapter 7 Trustee, in the above-referenced matter. Enclosed please find a:

> *Notice of Motion of Chapter 7 Trustee for an Order Authorizing Private Sale of Property to the Estate Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363; Authorizing Distribution of Sale Proceeds; Directing the Debtor and Co-Owner to Vacate; Waiving 14 Day Stay of Order; and Granting Related Relief; Certification in Support; Amended Order; copy of filed Notice of Private Sale; and a Certification of Service.*

The above were originally filed by this office on February 9, 2021 at Dkt. Nos. 26 and 27. The original return date of the above Motion was March 9, 2021. The above Motion has been adjourned to March 23, 2021, and all objections to the above Motion are to be filed with the Court no later than March 18, 2021.

Very truly yours,

*/s/ Steven A. Jayson*
STEVEN A. JAYSON, ESQ.

Enclosures

March 9, 2021
Page 2

_____

| **Name and Address of Party Served** | **Relationship of Party to Case** | **Mode of Service** |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey 07102 | **U.S. Trustee** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br><br>**X** Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William P. Bonomo, Esq.<br>3710 Kennedy Blvd.<br>Union City, New Jersey 07087 | **Attorney for Debtor** | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br><br>**X** Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James X. Rezabala<br>3365 John F. Kennedy Boulevard<br>Jersey City, New Jersey 07307 | **Debtors** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Erika Penachi<br>453 Thomas Avenue<br>Apt. 2<br>Lyndhurst, New Jersey 07071 | **Debtors** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sardar Gurbeer Singh<br>Jasvinder Kaur<br>Reena Jhon a/k/a John a/k/a Reena John a/k/a Renna Jhon<br>98 Columbia Avenue | **Purchasers** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____ |

March 9, 2021
Page 3

_____

| | | |
|---|---|---|
| Jersey City, New Jersey  07307 | | (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mitesh M. Patel, Esq.<br>Law Offices of Mavinkurve & Patel<br>1094 Stelton Road<br>Piscataway, New Jersey  08854 | **Purchaser's Counsel** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>P.O. Box 982238<br>Attn:  Bankruptcy Dept.<br>El Paso, Texas   79998 | **Secured Creditor / Mortgage Holder** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>4909 Savarese Center<br>Tampa, Florida  33634 | **Secured Creditor/ Mortgage Holder** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin G.. McDonald, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA  19106 | **Notice of Appearance filed on 8/21/19 and Attorneys for Bank of America** | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Geraldino Obando<br>3365 John F. Kennedy Boulevard<br>Jersey City, New Jersey  07307<br>and<br>40-15 Gehr Place | **Co-Owner** | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>☐  Other ECF Upon Filing<br>(As authorized by the Court |

Document    Page 4 of 5

March 9, 2021
Page 4

_____

| | | |
|---|---|---|
| North Bergen, New Jersey 07047 | | or by rule. Cite the rule if applicable.) |
| Gabriella Leverence<br>State of New Jersey<br>Division of Taxation<br>3 John Fitch Way<br>Trenton, New Jersey  08695 | | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City of Jersey City, Tax Collector<br>280 Grove Street<br>Jersey City, New Jersey  07302 | | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Suez<br>69 Devoe Place<br>Hackensack, New Jersey  07601 | **Water Complaint** | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation Compliance<br>And Enforcement<br>Bankruptcy Unit<br>50 Barrack Street, 9th Floor<br>P.O. Box 425<br>Trenton, New Jersey  08695-0267 | **State of New Jersey** | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

March 9, 2021
Page 5

_____

| | | |
|---|---|---|
| New Jersey Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, New Jersey  08611 | **Office of the Attorney General** | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State Auto Sales<br>510 Kennedy Blvd.<br>Union City, New Jersey  07087 | **Secured Creditor** | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing<br>As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Division of Fire Safety<br>P.O. Box 809<br>Trenton, New Jersey  08625 | | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing<br>As authorized by the Court or by rule. Cite the rule if applicable.) |