| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By:  Steven A. Jayson, Esq.<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee | Case No.:    19-25396-VFP<br><br>Chapter:    7 |
| **In re:**<br><br>**JAMES X. REZABALA and ERIKA M. PENACHI,**<br><br>            **Debtor(s).** | Adv. No.:    N/A<br><br>Hearing Date:    **03/23/2021 @ 10:00 a.m.**<br><br>Judge:    Vincent F. Papalia |

## SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, *Donna Zvolensky*:

    ☐    represent _____ in this matter.

    [x]    am the secretary/paralegal for *Mellinger Kartzman LLC*, who represents *Steven P. Kartzman* in this matter.

    ☐    am the _____ in this case and am representing myself.

2. On *March 11, 2021* I sent an additional copy of the following pleadings and/or documents to James Rezabala pursuant to correspondence received by our office from the listing realtor on March 10, 2021, informing us of an additional address for James Rezabala. *Notice of Motion of Chapter 7 Trustee for an Order Authorizing Private Sale of Property to the Estate Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363; Authorizing Distribution of Sale Proceeds; Directing the Debtor and Co-Owner to Vacate; Waiving 14 Day Stay of Order; and Granting Related Relief; Certification in Support; Order;  copy of filed Notice of Private Sale; and filed Supplemental Certification of Service indicating* **new hearing date of 3/23/21** *at* **10:00 a.m.**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   *March 11, 2021*                                                                           */s/ Donna Zvolensky*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| James X. Rezabala<br>122 Park Avenue<br>Nutley, New Jersey  07110 | **Co-Debtor** | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐  Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |