| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By: Steven A. Jayson, Esq.<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee | Case No.: 19-25396-VFP<br><br>Chapter: 7 |
| **In re:**<br><br>**JAMES X. REZABALA and ERIKA M. PENACHI,**<br><br>                 **Debtor(s).** | Adv. No.: N/A<br><br>Hearing Date:<br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, *Donna Zvolensky*:

    ☐ represent _____ in this matter.

    [x] am the secretary/paralegal for *Mellinger Kartzman LLC*, who represents *Steven P. Kartzman* in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On *March 26, 2021* I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Order (Doc. #37 – Entered 03/25/2021) Authorizing Private Sale of Property to the Estate Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363; Authorizing Distribution of Sale Proceeds; Directing the Debtor and Co-Owner to Vacate; Waiving 14 Day Stay of Order; and Granting Related Relief.*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: *March 26, 2021*                                                                 */s/ Donna Zvolensky*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey 07102 | **U.S. Trustee** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X** Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William P. Bonomo, Esq.<br>3710 Kennedy Blvd.<br>Union City, New Jersey 07087 | **Attorney for Debtor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X** Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>4909 Savarese Center<br>Tampa, Florida 33634 | **Secured Creditor** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quicken Loans<br>1050 Woodward Avenue<br>Detroit, Michigan 48226 | **Secured Creditor** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>P.O. Box 982238<br>Attn: Bankruptcy Dept.<br>El Paso, Texas 79998 | **Secured Creditor** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name & Address | Role | Method |
|---|---|---|
| Kevin D. McDonald, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue<br>Suite 405<br>Westmont, New Jersey  08108 | **Notice of Appearance filed on 8/21/19 on behalf of Bank of America, N.A.** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X** Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James Rezabala<br>3365 John F. Kennedy Blvd.<br>Jersey City, New Jersey 07307 | **Co-Debtor** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>**X  Other: Via Overnight Delivery and E-Mail**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James Rezabala<br>122 Park Avenue<br>Nutley, New Jersey 07110 | **Co-Debtor** | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>**X  Other: Via Overnight Delivery and E-Mail**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Geraldino Obando<br>3365 John F. Kennedy Blvd.<br>Jersey City, New Jersey  07307 | **Co-Owner** | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>**X  Other: Via Overnight Delivery and E-Mail**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Geraldino Obando<br>4015 Gehr Place<br>North Bergen, New Jersey  07047 | **Co-Owner** | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>**X  Other: Via Overnight Delivery and E-Mail**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Erika Penachi<br>453 Thomas Avenue<br>Apt. 2<br>Lyndhurst, New Jersey    07071 | **Debtor** | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sardar Gurbeer Singh<br>Jasvinder Kaur<br>Reena Jhon a/k/a John a/k/a Reena John a/k/a Renna Jhon<br>98 Columbia Avenue<br>Jersey City, New Jersey  07307 | **Purchasers** | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mitesh M. Patel, Esq.<br>Law Offices of Mavinkurve & Patel<br>1094 Stelton Road<br>Piscataway, New Jersey  08854 | **Purchaser's Counsel** | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin G.. McDonald, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA  19106 | **Notice of Appearance filed on 8/21/19 and Attorneys for Bank of America** | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>**X**  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gabriella Leverence<br>State of New Jersey<br>Division of Taxation<br>3 John Fitch Way<br>Trenton, New Jersey  08695 | | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>☐  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| City of Jersey City, Tax Collector<br>280 Grove Street<br>Jersey City, New Jersey  07302 | | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Suez<br>69 Devoe Place<br>Hackensack, New Jersey  07601 | **Water Complaint** | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation Compliance<br>And Enforcement<br>Bankruptcy Unit<br>50 Barrack Street, 9th Floor<br>P.O. Box 425<br>Trenton, New Jersey  08695-0267 | **State of New Jersey** | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, New Jersey  08611 | **Office of the Attorney General** | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing<br>(As authorized by the Court rule if applicable.) |
| State Auto Sales<br>510 Kennedy Blvd.<br>Union City, New Jersey  07087 | **Secured Creditor** | Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing<br>As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Division of Fire Safety<br>P.O. Box 809<br>Trenton, New Jersey  08625 | | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>☐   Other ECF Upon Filing |