| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By:  Steven A. Jayson, Esq.<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee | Case No.:   19-25396-VFP<br><br>Chapter:   7 |
| In re:<br><br>**JAMES X. REZABALA and ERIKA M. PENACHI,**<br><br>                           **Debtor(s).** | Adv. No.:   N/A<br><br>Hearing Date:<br><br>Judge:   Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, *Donna Zvolensky*:

    ☐ represent _____ in this matter.

    [x] am the secretary/paralegal for *Mellinger Kartzman LLC*, who represents *Steven P. Kartzman* in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On *April 26, 2021* I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Certification of Steven P. Kartzman, as Chapter 7 Trustee and Certification of Lidia Gabinelli with Exhibits A and B; Letter Brief and Proposed Order Requiring Co-Owner to Vacate Property and for Enforcement of the Court's Order Directing Co-Owner to Vacate Pursuant to 11 U.S.C. § 105.*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   *April 26, 2021*                                              */s/ Donna Zvolensky*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey 07102 | **U.S. Trustee** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br><br>**X** Other ECF Upon Filing (As authorized by the Court or by rule. Cite the rule if applicable.) |
| William P. Bonomo, Esq.<br>3710 Kennedy Blvd.<br>Union City, New Jersey 07087 | **Attorney for Debtor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br><br>**X** Other ECF Upon Filing (As authorized by the Court or by rule. Cite the rule if applicable.) |
| James Rezabala<br>3365 John F. Kennedy Blvd.<br>Jersey City, New Jersey 07307 | **Co-Debtor** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ **Other:** ECF Upon Filing (As authorized by the Court or by rule. Cite the rule if applicable.) |
| James Rezabala<br>122 Park Avenue<br>Nutley, New Jersey 07110 | **Co-Debtor** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ **Other:** ECF Upon Filing (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Geraldino Obando<br>3365 John F. Kennedy Blvd.<br>Jersey City, New Jersey 07307 | **Co-Owner** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>**X Other: Via Overnight Delivery** (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Geraldino Obando<br>4015 Gehr Place<br>North Bergen, New Jersey  07047 | **Co-Owner** | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>**X  Other: Via Overnight Delivery** (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Erika Penachi<br>453 Thomas Avenue<br>Apt. 2<br>Lyndhurst, New Jersey    07071 | **Debtor** | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐  Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |