| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By:  Steven A. Jayson, Esq.<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee | Case No.:    19-25396-VFP<br><br>Chapter:    7 |
| **In re:**<br><br>**JAMES X. REZABALA and ERIKA M. PENACHI,**<br><br>                    **Debtor(s).** | Adv. No.:    N/A<br><br>Hearing Date:<br><br>Judge:    Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1.      I, *Jennifer Kasilag*:

☐      represent _____ in this matter.

*[x]*    am the secretary/paralegal for ***Mellinger Kartzman LLC***, who represents ***Steven P. Kartzman*** in this matter.

☐ am the _____ in this case and am representing myself.

2.      On  *April 30, 2021* I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

***Order Requiring Co-Owner to Vacate Property and for Enforcement of the Court's Order Directing Co-Owner to Vacate Pursuant to 11 U.S.C. § 105, Doc #42, which was entered by the Court on April 29, 2021.***

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   *April 30, 2021*                    */s/ Jennifer Kasilag*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey 07102 | **U.S. Trustee** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br><br>**X** Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William P. Bonomo, Esq.<br>3710 Kennedy Blvd.<br>Union City, New Jersey 07087 | **Attorney for Debtor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br><br>**X** Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James Rezabala<br>3365 John F. Kennedy Blvd.<br>Jersey City, New Jersey 07307 | **Co-Debtor** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ **Other:** ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James Rezabala<br>122 Park Avenue<br>Nutley, New Jersey 07110 | **Co-Debtor** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ **Other:** ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Geraldino Obando<br>3365 John F. Kennedy Blvd.<br>Jersey City, New Jersey 07307 | **Co-Owner** | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>**X Other: Via Overnight Delivery** (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | |

| | | |
|---|---|---|
| Geraldino Obando<br>4015 Gehr Place<br>North Bergen, New Jersey  07047 | **Co-Owner** | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>**X  Other: Via Overnight Delivery** (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Erika Penachi<br>453 Thomas Avenue<br>Apt. 2<br>Lyndhurst, New Jersey     07071 | **Debtor** | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐  Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |