# MELLINGER KARTZMAN LLC
## ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

Tel: (973) 267-0220
Fax: (973) 267-3979

www.msklawyers.com

LOUIS P. MELLINGER
STEVEN P. KARTZMAN
JUDAH B. LOEWENSTEIN
STEVEN A. JAYSON
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN

Electronic Mail:
skartzman@msklaw.net
jloewenstein@msklaw.net
sjayson@msklaw.net

January 26, 2022

**Delivery via ECF Filing Only**

Clerk of the Court
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

    Re.:  <u>James X. Rezabala and Erika M. Penachi</u>, Chapter 7 Case No. 19-25396 VFP

Dear Clerk:

Please allow this to respond to your Memorandum dated January 24, 2022, filed in the above-referenced matter. Following removal of an underground oil tank from the Debtors' Jesey City property, it was discovered that there was benzene in the ground water. An environmental firm has been correcting the presence of benzene. Once corrected, the Estate can close on a sale.

Very truly yours,

*Steven P. Kartzman*

STEVEN P. KARTZMAN

SPK/jbl