# MELLINGER KARTZMAN LLC
### ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

Tel: (973) 267-0220
Fax: (973) 267-3979

www.msklawyers.com

LOUIS P. MELLINGER
STEVEN P. KARTZMAN
JUDAH B. LOEWENSTEIN
STEVEN A. JAYSON
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN

Electronic Mail:
skartzman@msklaw.net
jloewenstein@msklaw.net
sjayson@msklaw.net

April 21, 2022

**Via USPS Express Mail**
U.S. Bankruptcy Court
P.O. Box 1352
Newark, New Jersey 07101-1352

Re:   James X. Rezabala and Erika M. Penachi
      Case No. 19-25396-VFP

Dear Sir/Madam:

Enclosed please find an original and one copy of the Order Requiring Co-Owner to Vacate Property and For Enforcement of The Court's Order Directing Co-Owner to Vacate Pursuant to 11 U.S.C. §105 at Dkt. 42, which was entered on April 28, 2021 in the above matter. Kindy provide an exemplified copy of this Order. I have enclosed a self-addressed postage paid envelope for your convenience, and a check in the amount of $24.00 for the required fee.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,

/s/ *Steven P. Kartzman*
STEVEN P. KARTZMAN

SPK:dmz
Enclosures