**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
File No.: 03-020503-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for Bank of America, N.A., Secured Creditor

Case No.: **19-25396-VFP**

Chapter 7

Judge Vincent F. Papalia

---

In Re:

**James X Rezabala and Erika M Penachi**

Debtor(s).

---

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of BANK OF AMERICA, N.A., a Secured Creditor, regarding a lien on the real property located at **3365 Kennedy Blvd, Jersey City, NJ 07307**.

Request is made that all notices entered pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature filed in this case be served on the undersigned at the following address:

> BANK OF AMERICA, N.A.
> c/o Frenkel Lambert Weiss Weisman & Gordon, LLP
> 80 Main Street, Suite 460
> West Orange, NJ 07052

**FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP**
Attorneys for Secured Creditor

Dated: June 1, 2022

/s/ *Douglas McDonough*
Douglas McDonough, Esq.