**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>(973) 325-8800<br>File No.: 03-020503-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br>DMcDonough@flwlaw.com<br>Attorneys for Bank of America, N.A., Secured Creditor | Case No.: **19-25396-VFP**<br><br>Chapter 7<br><br>Judge: Vincent F. Papalia |
| In Re:<br><br>**James X. Rezabala and Erika M. Penachi**,<br><br>                                                Debtor(s). | |

# ADJOURNMENT REQUEST FOR CHAPTER 7 MOTION

   I, Douglas McDonough, Esq., am an associate with Frenkel Lambert Weiss Weisman & Gordon, LLP, and am the attorney for Bank of America, N.A. in the above referenced bankruptcy proceeding.

1. I request an adjournment of the following hearing:

    a. Matter:  Motion to Surcharge Bank of America

    b. Current hearing date and time:  June 7, 2022 @ 10:00 a.m.

    c. New date requested:  June 21, 2022 @ 10:00 a.m.

    d. Reason for adjournment request:  Recently retained by BANA, negotiations with Trustee

2. Pursuant to D.N.J. LBR 5071-1(b) this adjournment request is being made no later than three days before the currently scheduled hearing date.

3. I have the consent of all interested parties for this adjournment.

4. This request is being submitted to Chambers.

I certify under penalty of perjury that the foregoing is true.

Date: June 01, 2022                               /s/ *Douglas McDonough*
                                                  Douglas McDonough, Esq.

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒  Granted                          New hearing date: June 22, 2022 @ 10am  ☐ Peremptory

☐  Granted over objection(s)        New hearing date: _____  ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**