

**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
sjayson@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

**Order Filed on June 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**JAMES X. REZABALA and ERIKA M. PENACHI**,<br><br>Debtors. | Case No. 19-25396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

### ORDER PURSUANT TO 11 U.S.C. § 105(a) FOR AN ORDER AUTHORIZING PAYMENT TO BRINKS TANK & ENVIRONMENTAL SERVICES FOR THE REMEDIATION AND REMOVAL OF AN UNDERGROUND STORAGE TANK

The relief set forth on the following page numbered two (2) is hereby ORDERED.

**DATED: June 15, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:     James X. Rezabala and Erika M. Penachi
Case No.:   19-25396 (VFP)
Caption:    Order Pursuant to 11 U.S.C. § 105(a) for an Order Authorizing Payment to Brinks Tank & Environmental Services for the Remediation and Removal of an Underground Storage Tank

---

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger Kartzman LLC, for entry of an Order Pursuant to 11 U.S.C. § 105(a) for an Order Authorizing Payment to Brinks Tank & Environmental Services for the Remediation and Removal of an Underground Storage Tank (the "Motion"); and it appearing that notice of the motion has been duly served; and the Court having considered opposition to the Motion and the arguments of counsel, if any, and good cause having been shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. This Order shall modify Paragraph 6.c. of the Court's Order entered on March 25, 2021, at Docket 37 as follows:

    in the third place, $48,334.75 to Brinks Tank & Environmental Service as payment in full for the work performed for the removal and remediation of the Underground Storage Tank.

2. A copy of this Order shall be served on all parties who are affected by this action within five (5) days of the date hereof.