# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** In Re: James X. Rezabala and Erika M. Penachi | **COURT CASE NUMBER** 19-25396-VFP |
| **DEFENDANT** | **TYPE OF PROCESS** Removal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Geraldina Obando and anyone in possession under her
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3365 Kennedy Boulevard, Jersey City, New Jersey 07087

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Steven P. Kartzman, Chapter 7 Trustee
Mellinger Kartzman LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
This removal is based on an Order Requiring Co-Owner to Vacate Property and for Enforcement of the Court's Order Directing Co-Owner to Vacate Pursuant to 11 U.S.C. Section 105. Geraldina Obando has refused to vacate the property and the Trustee has obtained an Order from the Court allowing the U.S. Marshals Service to remove Ms. Obando.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 973-267-0220
DATE: 5/3/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 50
District to Serve No. 50
Signature of Authorized USMS Deputy or Clerk: E. Baskerville
Date: 5/6/22

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Geraldina Obando
Date: 06/28/2022
Time: 08:35 ☒ am ☐ pm

Address (complete only different than shown above): (same as above)

Signature of U.S. Marshal or Deputy: [signature]

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

Service Fee    $390.00
Mileage Fee    $ 7.61
Total          $397.61

Total Deposit - $4,000.00 - $397.61 = $3,602.39 - Refund Amount

Form USM-285
Rev. 03/21

# SCHEDULE

## HOME FURNISHINGS & EQUIPMENT

### JAMES X. REZABALA & ERIKA M. PENACHI
3365 Kennedy Blvd.
Jersey City, New Jersey

CASE # 19-25396-VFP

*Inspection Date*
June 28, 2022

*Prepared For*
Steven P. Kartzman, Esq.
Mellinger Kartzman, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950

*A.   Atkins Appraisal Corporation*
*122 Clinton Road, Fairfield, NJ 07004*
*TEL: (973) 227-1900  FAX: (973) 227-5502*
*E-Mail: AtkinsAppraisal@aol.com*

# SCHEDULE
# HOME FURNISHINGS & EQUIPMENT

| QTY. | DESCRIPTION |
|---|---|

**First Floor**

1    Contents of kitchen consisting of:
- 1- Hotpoint model RVM142WA 003 Counter Saver Plus microwave oven (6-2001)
- 1- Kenmore 4 burner gas range with oven
- 1- Frigidaire 2 door refrigerator freezer

**Second Floor**

1    Contents of room consisting of:
- 1- broken child's toy
- 6- empty water jugs
- 1- small group of garbage

1    Contents of room consisting of:
- 1- Cloth and faux leather sleeper sofa
- 1- wood top metal end table, 20" x 20"
- 1- 2 tier glass top TV stand
- 1- Samsung model LN-T5271FX/XAA 52" LCD TV (11-2007) (unit mounted to TV stand)
- 1- Toshiba model HD-A30KU HD DVD player
- 1- Sharp model XR-10X Notevision DLP projector (ceiling mounted)
- 1- DIRECTV model HR24-500 HD DVR, (8-18-2010)
- 1- Apple TV model A1378, (2nd generation)
- 1- Bose speaker

1    Contents of room consisting of:
- 1- metal platform loft bed with mattress
- 1- 4 tier white wire rack
- 1- mirror
- 1- small group of clothes (hanging in closet)
- 1- small group of assorted plush toys

1    Contents of room consisting of:
- 1- portable electric radiator
- 1- pair steel automotive ramps

1    Contents of kitchen consisting of:
- 1- wood chair
- 1- Magic Chef under counter dishwasher
- 1- Rival microwave oven

Cont...

|   |   |
|---|---|
|   | 1- Magic Chef 4 burner gas range with oven |
|   | 1- Frigidaire 2 door refrigerator freezer |
| 1 | Contents of closet consisting of: |
|   | 2- assorted multi-tier wire racks |

**Basement**

1    Contents of room consisting of:
- 1- Samsung model WF330ANB/XAA clothes washer
- 1- Samsung model DV330AGB/XAA clothes dryer
- 1- Diplomat 2 door refrigerator freezer
- 1- 2 door metal storage cabinet
- 1- wood end table
- 1- Toshiba 13" CRT TV
- 1- Panasonic PV-8661 VHS VCR
- 1- Lot of bags, containers and boxes containing assorted cleaning supplies, clothes, linens and etc.

1    Contents of room consisting of:
- 2- wood frame 3 seat cloth upholstered sofas
- 1- cloth upholstered recliner
- 1- wood top metal end table, 20" x 20"
- 1- 3 tier glass top wood entertainment stand
- 1- LG model 42LC7D-UB 42" LCD TV (wall mounted)

1    Contents of hallway consisting of:
- 2- wood chairs with upholstered seats
- 1- tile top metal end table ~12" diameter
- 1- single pedestal formica computer desk with hutch

1    Contents of closet and hallway consisting of:
- 1- Lot of bags, containers, plastic cabinet and boxes containing assorted clothes, linens , 5'-0 wood step ladder , metal bed frame and etc.

1    Contents of room consisting of:
- 1- wood twin size captain bed with 3 drawers with mattress
- 1- formica bench, 30" long
- 1- small canister vacuum
- 1- 3 drawer wood dresser
- 1- 4 drawer wood dresser
- 1- 6 drawer wood dresser
- 1- plastic garbage can with lid
- 2- electric radiators
- 1- 2 wheel folding cart
- 1- Lot of bags, containers and boxes containing assorted clothes, linens and etc.

| | |
|---|---|
| 1 | Contents of room consisting of:<br>1- wood coffee table, 30" x 48"<br>2- wood chairs with upholstered seats<br>2- electric radiators<br>1- electric heater |
| 1 | Contents of bathroom consisting of:<br>1- 3 tier rack<br>1- group of towels, supplies, cleaners and etc. |
| 1 | Contents of kitchen consisting of:<br>1- step ladder<br>1- Kitchen Aid toaster oven<br>1- electric hot plate<br>1- Galaxy microwave oven<br>1- Haier model PRTS18SASW 2 door refrigerator freezer<br>1- lot of pots pans, stainless steel flatware, cleaners, food stuffs & etc. |
| 1 | Contents of closet consisting of:<br>1- 5 drawer wood dresser<br>1- gas can<br>1- lot of bags, containers and boxes containing assorted clothes, linens and etc. |
| 1 | Contents of garage consisting of:<br>1- Sun MotorVac Carbonclean System<br>1- Ryobi Easy Edge trimmer<br>1- Automotive lift , name not visible (dismantled)<br>1- 2 drawer metal file cabinet<br>5- used tires with rims<br>1- Safety Kleen parts washer<br>1- Kohl's shopping cart<br>1- oil drain can<br>1- window air conditioning unit<br>1 -plastic cooler<br>2- assorted gas cylinders<br>1- Sun wheel alignment machine, model not visible<br>  w/ Antec CRT monitor<br>  w/ Okidata Microline 184 Turbo printer<br>    (unit dismantled)<br>1- plastic patio chair<br>2- assorted child's trike and scooter<br>1- 6'-0 wood step ladder<br>1- Balance of garage containing assorted boxes of papers, bottles and cans of automotive cleaners, oils and etc. |