| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| In Re: |

Case No.: _____

Adv. Pro. No.: _____

Chapter: _____

Subchapter V:    ❑ Yes  ❑ No

Hearing Date: _____

Judge: _____

**ADJOURNMENT REQUEST**

1. I, _____,

    ❑ am the attorney for: _____,

    ❑ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: _____

    Current hearing date and time: _____

    New date requested: _____

    Reason for adjournment request: _____
    _____

2. Consent to adjournment:

    ❑ I have the consent of all parties.   ❑ I do not have the consent of all parties (explain below):
    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: _____    _____
                                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted           New hearing date: _____    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*