| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J.LBR 9004-2(c)<br><br>**A. ATKINS APPRAISAL CORPORATION**<br>122 Clinton Road,<br>Fairfield, New Jersey  07004<br>(973) 227-1900 | Order Filed on September 23, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JAMES X. REZABALA & ERIKA M. PENACHI<br><br><br>Debtor. | Case No.: 19-25396<br><br>Judge:  VFP<br><br>Chapter:  7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 23, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | JAMES X. REZABALA & ERIKA M. PENACHI |
| Case No.: | 19-25396/VFP |
| Caption of Order: | Order Granting Allowances |

The Court finds that the persons named below filed applications for allowances: notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| A. Atkins Appraisal Corp. | $ 1,162.50 | $ 598.44 |