UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-25396 |
| JAMES X. REZABALA and ERIKA M. PENACHI | Chapter: | 7 |
| | Judge: | Papalia |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

_____Steven P. Kartzman_____, _____Chapter 7 Trustee_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
Martin Luther King Jr. Federal Building
50 Walnut Street, P.O. Box 1352
Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable _____Vincent F. Papalia_____ on _____November 15, 2022_____ at _____10:00_____ a.m. at the United States Bankruptcy Court, courtroom no. _____3B_____, _____50 Walnut Street, Newark, NJ 07102_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Trustee sold 3365 Kennedy Boulevard, Jersey City, New Jersey (the "Property"). Due to an underground storage tank ("UST"), the Trustee incurred additional costs to remove the UST and and remediate the ground, as well as additional legal fees. The Trustee filed a Motion to surcharge Bank of America, N.A. ("BANA"), the mortgagee, for the cost of cleanup to recognize

Pertinent terms of settlement: The Trustee and BANA agree that the Trustee shall remit payment to BANA of $260,000.00 from the sale of the Property pursuant to 11 U.S.C. § 506(c), plus per diem interest of $16.37 from and after September 15, 2022, in order to partially satisfy the sum of $48,334.75 owed to Brinks Tank & Environmental Service for the removal and remediation of the contaminated soil from the UST and the sum of $8,619.00 to satisfy the legal fees incurred by the estate in connection with same. The reduction in

Objections must be served on, and requests for additional information directed to:

Name: Steven A. Jayson

Address: Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: 973-267-0220

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
James X. Rezabala  
Erika M. Penachi  
    Debtors

Case No. 19-25396-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 14, 2022      Form ID: pdf905      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | James X. Rezabala, 3365 Kennedy Blvd., Jersey City, NJ 07307-4208 |
| jdb | + | Erika M. Penachi, 453 Tomas Ave., Apt. 2, Lyndhurst, NJ 07071-3117 |
| r | + | KW City Life JC Realty, KW City Life JC Realty, 190 Christopher Columbus Drive, Jersey City, NJ 07302-3432 |
| 518398825 | + | Frederick I. Weinberg & Associates, P.C., 1200 Laurel Oak Rd., Ste.104, Org. acct. # 5466-3229-9947-7213, Voorhees, NJ 08043-4317 |
| 518398826 | + | Jersey City Municipal Utility Authority, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 518398828 | + | Kohl's / Capital One Bank, N. A., P.O. Box 30285, Attn : Bankruptcy Dept., Salt Lake City, UT 84130-0285 |
| 518398830 | | Radius Global Solutions, LLC, P.O. Box 390846, Org. acct. # 3499920038772463, Jacksonville, FL 32225 |
| 518398833 | + | State Auto Sales, 510 Kennedy Blvd., Union City, NJ 07087-3411 |
| 518747231 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518398834 | + | State of New Jersey Tax Dept., 50 Barrack Street, Trenton, NJ 08608-2006 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: attorneys@msklaw.net | Oct 14 2022 20:40:00 | Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Oct 14 2022 20:40:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Oct 14 2022 20:40:00 | A. Atkins Appraisal Company, 122 Clinton Road, Suite 2A, Fairfield, NJ 07004-2900 |
| 518398803 | + | Email/Text: aargon@ebn.phinsolutions.com | Oct 14 2022 20:41:00 | Aargon Collection Agency, 8668 Springmountain Rd., Attn : Bankruptcy Dept., Las Vegas, NV 89117-4132 |
| 518398802 | + | Email/Text: aargon@ebn.phinsolutions.com | Oct 14 2022 20:41:00 | Aargon Collection Agency, 3025 W. Sahara, Org. acct. # 006904079207, Las Vegas, NV 89102-6094 |
| 518398805 | + | Email/PDF: bncnotices@becket-lee.com | Oct 14 2022 20:49:17 | American Express Co., P.O. Box 981540, Attn : Correspondence Dept., El Paso, TX 79998-1540 |
| 518398804 | + | Email/PDF: bncnotices@becket-lee.com | | |

Case 19-25396-VFP    Doc 79    Filed 10/16/22    Entered 10/17/22 00:12:59    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: pdf905 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| | | Oct 14 2022 20:49:17 | American Express Co., P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518696175 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Oct 14 2022 20:49:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518398806 | + Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Oct 14 2022 20:40:00 | Bank of America, N. A., P.O. Box 982238, El Paso, TX 79998-2238 |
| 518398808 | + Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Oct 14 2022 20:40:00 | Bank of America, N. A., P.O. Box 982238, Attn : Bankruptcy Dept., El Paso, TX 79998-2238 |
| 518398807 | + Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Oct 14 2022 20:40:00 | Bank of America, N. A., 4909 Savarese Center, Tampa, FL 33634-2413 |
| 518398809 | + Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Oct 14 2022 20:40:00 | Bank of America, N. A., 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 518667339 | + Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | Oct 14 2022 20:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518721946 | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Oct 14 2022 20:40:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518398810 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 14 2022 20:49:19 | Best Buy Co. / Citi Bank, N. A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518398813 | Email/Text: bankruptcy@cavps.com | | |
| | | Oct 14 2022 20:41:00 | Cavalry Portfolio Services, LLC, P.O. Box 27288, Tempe, AZ 85285 |
| 518610280 | + Email/Text: documentfiling@lciinc.com | | |
| | | Oct 14 2022 20:40:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518398812 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Oct 14 2022 20:49:03 | Capital One Bank USA, N. A., P.O. Box 30285, Attn : Bankruptcy Dept., Salt Lake City, UT 84130-0285 |
| 518398811 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Oct 14 2022 20:49:03 | Capital One Bank USA, N. A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518671869 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Oct 14 2022 20:49:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518398815 | + Email/Text: bankruptcy@cavps.com | | |
| | | Oct 14 2022 20:41:00 | Cavalry Portfolio Services, LLC, 500 Summit Lake Drive, Ste. 400, Valhalla, NY 10595-2321 |
| 518398814 | + Email/Text: bankruptcy@cavps.com | | |
| | | Oct 14 2022 20:41:00 | Cavalry Portfolio Services, LLC, 500 Summit Lake Dr., Ste. 400, Attn : Bankruptcy Dept., Org. acct. # 20036270, Valhalla, NY 10595-2321 |
| 518604938 | + Email/Text: bankruptcy@cavps.com | | |
| | | Oct 14 2022 20:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518398818 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 14 2022 20:49:33 | Citi Bank, N. A. / Best Buy Co., P.O. Box 790034, Attn : Centralized Bankruptcy, Saint Louis, MO 63179-0034 |
| 518695315 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 14 2022 20:49:33 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518398821 | Email/Text: mrdiscen@discover.com | | |
| | | Oct 14 2022 20:40:00 | Discover Financial Services, LLC, P.O. Box 15316, Attn : Bankruptcy Dept., Wilmington, DE 19850 |
| 518398820 | Email/Text: mrdiscen@discover.com | | |
| | | Oct 14 2022 20:40:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 518607728 | Email/Text: mrdiscen@discover.com | | |
| | | Oct 14 2022 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518398823 | ^ MEBN | | |
| | | Oct 14 2022 20:38:49 | First Credit Services, P.O. Box 55, 3 Sciles Ave., Piscataway, NJ 08855-7200 |
| 518398824 | + Email/Text: crdept@na.firstsource.com | | |
| | | Oct 14 2022 20:41:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Org. acct. # 3499920038772463, Amherst, NY 14228-3609 |

Case 19-25396-VFP    Doc 79    Filed 10/16/22    Entered 10/17/22 00:12:59    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: pdf905 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518398819 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2022 20:40:00 | Dept. of the Treasury, Internal Revenue Service, Cincinnati, OH 45999 |
| 518398817 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 14 2022 20:49:15 | Chase Bank, N. A., P.O. Box 15298, Attn: Correspondence Dept, Wilmington, DE 19850 |
| 518398816 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 14 2022 20:49:02 | Chase Bank, N. A., P.O. Box 15298, Wilmington, DE 19850 |
| 518398827 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 14 2022 20:40:00 | Kohl's / Capital One Bank USA, N. A., N.56 W. 17000 Ridgewood Dr., Menomonee Falls, WI 53051-7096 |
| 518398829 | ^ | MEBN | Oct 14 2022 20:39:44 | Mercantile Adjustment Bureau, LLC, 165 Lawrence Bell Dr., Ste. 100, Org. acct. # ends in 5599, Williamsville, NY 14221-7900 |
| 518704514 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2022 20:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518398831 | + | Email/Text: bankruptcy@sw-credit.com | Oct 14 2022 20:41:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 518398832 | + | Email/Text: bankruptcy@sw-credit.com | Oct 14 2022 20:41:00 | Southwest Credit Systems, 4120 International Pkwy., Ste.1100, Carrollton, TX 75007-1958 |
| 518398835 | | Email/Text: bankruptcy@td.com | Oct 14 2022 20:41:00 | TD Bank, N. A., 70 Gray Rd., Portland, ME 04105 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518398822 | ##+ | First Credit Services, 377 Hoes Lane, Piscataway, NJ 08854-4155 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2022           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA  N.A. dmcdonough@flwlaw.com |
| Joseph R Zapata, Jr | on behalf of Plaintiff Steven P. Kartzman jzapata@msbnj.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 14, 2022 | Form ID: pdf905 | Total Noticed: 51 |

Kevin Gordon McDonald
    on behalf of Creditor BANK OF AMERICA N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William P. Bonomo
    on behalf of Debtor James X. Rezabala nyattybill@aol.com
    bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bestcase.com

William P. Bonomo
    on behalf of Joint Debtor Erika M. Penachi nyattybill@aol.com
    bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bestcase.com

TOTAL: 10