Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−25396−VFP
                Chapter:  7
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James X. Rezabala | Erika M. Penachi |
| 3365 Kennedy Blvd. | 453 Tomas Ave. |
| Jersey City, NJ 07307 | Apt. 2 |
| | Lyndhurst, NJ 07071 |

Social Security No.:
  xxx−xx−6609                                   xxx−xx−7533

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Sharon Joyce Purce , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Motion Surcharging Bank of America for Costs Incurred in Removing and Remediating the Underground Storage Tank at 3365 Kennedy Boulevard, Jersey City, New Jersey Pursuant to 11 U.S.C. § 506(c).

Dated: November 9, 2022
JAN: sjp

                                                        Jeanne Naughton
                                                        Clerk