# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.    19-25396-VFP |
| ) | |
| JAMES X. REZABALA AND ) | |
| ERIKA M. PENACHI ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |

## TRUSTEE'S REPORT OF SALE OF ASSETS OF THE ESTATE

STEVEN P. KARTZMAN, Chapter 7 Trustee in the captioned case, hereby makes the following Report of Sale of certain assets of the Bankruptcy Estate, and respectfully represents as follows:

1. Steven P. Kartzman, Trustee of the Chapter 7 estate has received all sale funds.

2. The following property of the debtors was sold:

    3365 Kennedy Boulevard, Jersey City, New Jersey 07307.

3. The gross sale proceeds were: $600,000.00.

4. Closing costs and real estate taxes were incurred.

5. The Trustee received Net Sale Proceeds of $257,550.84, which was placed into a bank account for this Bankruptcy Estate.

Dated: November 15, 2022        /s/ Steven P. Kartzman, Trustee
                                                STEVEN P. KARTZMAN, TRUSTEE