UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By: Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

**Order Filed on November 30, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**JAMES X. REZABALA AND ERIKA M.
PENACHI**

              **Debtor.**

Case No. 19-25396-VFP

Chapter 7

Hearing Date: November 29, 2022 @ 2:00 p.m.

Judge: Honorable Vincent F. Papalia

**ORDER GRANTING SECOND INTERIM ALLOWANCE OF FEES
AND EXPENSES TO MELLINGER KARTZMAN LLC,
ATTORNEYS FOR CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: November 30, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

Debtor:                    Rezabala and Penachi

Case No.:                  19-25396-VFP

Caption of Order:          Order Granting Allowances

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee, Steven P. Kartzman) | $30,265.50 | $153.14 |