| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By: Steven A. Jayson, Esq.<br>sjayson@msklaw.net<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee | Case No.:     19-25396-VFP<br><br>Chapter:     7 |
| **In re:**<br><br>**JAMES X. REZABALA and ERIKA M. PENACHI,**<br><br>**Debtor(s).** | Hearing Date:<br><br>Judge:     Vincent F. Papalia |

# CERTIFICATE OF SERVICE

1. I, Patricia Masiello:

    ☐ represent _____ in this matter.

    [x] am the secretary/paralegal for ***Mellinger Kartzman LLC***, who represents ***Steven P. Kartzman, Chapter 7 Trustee*** in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ***January 20, 2023***, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Application for Entry of a Consent Order; Proposed Consent Order; and Certificate of Service.*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: ***January 20, 2023***                                                            */s/ Patricia Masiello*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X  Other ECF Upon Filing**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William P. Bonomo, Esq.<br>3710 Kennedy Blvd.<br>Union City, New Jersey  07087 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X  Other ECF Upon Filing**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James X. Rezabala<br>373 Stegman Parkway, Apt 1<br>Jersey City, NJ 07305-4985 | Co-Debtor | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Erika M. Penachi<br>453 Thomas Ave, #2<br>Lyndhurst, New Jersey  07071 | Co-Debtor | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Geraldina Obando<br>c/o Alex Penachi<br>1015 Gehr Place<br>North Bergen, NJ 07047 | Co-Owner of the Property | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gabriella Leverence<br>Investigator, State of New Jersey<br>Division of Taxation<br>3 John Fitch Way, 5th Floor<br>P.O. Box 245<br>Trenton, NJ 08695-0267 | State of New Jersey Division of Taxation | ☐ Hand-delivered<br>X **Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Address | Role | Service Method |
|---|---|---|
| New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 | | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin G. McDonald, Esq.<br>KML Law Group, P.C.<br>701 Market St., #5000<br>Philadelphia, PA 19106 | Notice of Appearance filed 08/21/2019 | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X Other ECF Upon Filing**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Division of Taxation<br>Bankruptcy Unit<br>3 John Fitch Way, 5th Floor<br>P.O. Box 245<br>Trenton, NJ 08695-0267 | Secured Creditor | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alex Penachi<br>1015 Gehr Place<br>North Bergen, NJ 07047 | Co-Owner's Son | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X Other Email** (As authorized by the Court or by rule. Cite the rule if applicable.) |