| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By:  Steven A. Jayson, Esq.<br>sjayson@msklaw.net<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee | Case No.:	19-25396-VFP<br><br>Chapter:	7 |
| **In re:**<br><br>**JAMES X. REZABALA and ERIKA M. PENACHI,**<br><br>**Debtor(s).** | Hearing Date:	March 7, 2023 @ 2:00 pm<br><br>Judge:	Vincent F. Papalia |

## AMENDED CERTIFICATE OF SERVICE

1. I, Patricia Masiello:

    ☐ represent _____ in this matter.

    [x] am the secretary/paralegal for ***Mellinger Kartzman LLC***, who represents ***Steven P. Kartzman, Chapter 7 Trustee*** in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ***February 9, 2023***, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Third Interim Application for Compensation to Mellinger Kartzman LLC, Attorneys for the Chapter 7 Trustee for the Period of July 12, 2022 through January 16, 2023; Exhibits A-C; Fee Application Cover Sheet, Proposed Order Granting Allowances and Certificate of Service.*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ***February 9, 2023***                                                                    */s/  Patricia Masiello*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Geraldina Obando<br>c/o Alex Penachi<br>4015 Gehr Place<br>North Bergen, NJ 07047 | Co-Owner of the Property | ☐ Hand-delivered<br>**X  Regular mail**<br>☐ Certified mail/RR<br>☐ **Other** _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alex Penachi<br>4015 Gehr Place<br>North Bergen, NJ 07047 | Co-Owner's Son | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RR<br>**X  Other Email**  (As authorized by the Court or by rule. Cite the rule if applicable.) |