Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19–25396–VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James X. Rezabala                     Erika M. Penachi
3365 Kennedy Blvd.                    453 Tomas Ave.
Jersey City, NJ 07307                 Apt. 2
                                      Lyndhurst, NJ 07071

Social Security No.:
  xxx–xx–6609                         xxx–xx–7533

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

I  Michele Cummings , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

On her bankruptcy petition, Penachi listed the value of her 2009 Toyota Sienna at $5,327 and utilized an 11 U.S.C. § 522(d)(2) exemption of $4,000, resulting in non–exempt equity of $1,327 (the Automobile). Penachi also received a tax refund for the tax year 2018 of $2,747 (the Tax Refund). In order to fully exempt the Automobile and the Tax Refund,

Dated: February 16, 2023
JAN: mlc

Jeanne Naughton
Clerk