UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By:  Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

**Order Filed on March 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**JAMES X. REZABALA AND ERIKA M. PENACHI**

　　　　　　**Debtor.**

Case No. 19-25396-VFP

Chapter 7

Hearing Date:   March 7, 2023 @ 2:00 p.m.

Judge: Honorable Vincent F. Papalia

### ORDER GRANTING THIRD INTERIM ALLOWANCE OF FEES AND EXPENSES TO MELLINGER KARTZMAN LLC, ATTORNEYS FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: March 9, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

Debtor: Rezabala and Penachi

Case No.: 19-25396-VFP

Caption of Order: Order Granting Third Interim Allowances

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee, Steven P. Kartzman) | $17,435.50 | $76.00 |