**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
sjayson@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*



Order Filed on March 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re:<br><br>**JAMES X. REZABALA and ERIKA M. PENACHI**,<br><br>Debtors. | Case No. 19-25396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |
|---|---|

### REVISED ORDER FIXING THE DISTRIBUTION TO GERALDINA OBANDO (THE "CO-OWNER") FROM THE SALE PROCEEDS OF 3365 KENNEDY BOULEVARD, JERSEY CITY, NEW JERSEY (THE "PROPERTY") PURSUANT TO 11 U.S.C. §§ 105 AND 363(j)

The relief set forth on page two (2) is hereby ORDERED.

**DATED: March 17, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | James X. Rezabala and Erika M. Penachi |
| Case No.: | 19-25396 (VFP) |
| Caption: | Revised Order Fixing the Distribution to Geraldina Obando (the "Co-Owner") from the Sale Proceeds of 3365 Kennedy Boulevard, Jersey City, New Jersey (the "Property") Pursuant to 11 U.S.C. §§ 105 and 363(j) |

---

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger Kartzman LLC, by way of Application for entry of a Revised Order Fixing the Distribution to Geraldina Obando (the "Co-Owner") from the Sale Proceeds of 3365 Kennedy Boulevard, Jersey City, New Jersey (the "Property") Pursuant to 11 U.S.C. §§ 105 and 363(j) (the "Application"); and good cause having been shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. The Co-Owner shall be charged the sum of $5,837.17 against her 1/3 interest in the Property, representing 1/3 of the attorneys' fees awarded by Court Order at Dkt. No. 103.

2. The Co-Owner's share of the Proceeds of the Property is hereby fixed at $44,891.51.

3. The Order entered by the Court at Dkt. No. 90 shall be revised as provided herein.

4. The Order at Dkt. No. 90 shall remain as entered, apart from the change in the Co-Owner's share herein.

5. A copy of this Order shall be served on all parties who are affected by this action within three (3) days of the date hereof.