UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mellinger, Sanders & Kartzman, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
973-267-0220
By: Steven P. Kartzman, Esq.
Attorneys for Steven P. Kartzman,
Chapter 7 Trustee

Order Filed on April 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
JAMES X. REZABALA and
ERIKA M. PENACHI

      Debtor.

Case No.:    19-25396-VFP

Chapter:    7

Judge:    Vincent F. Papalia

## ORDER AUTHORIZING RETENTION OF

## ACCOUNTANT, WITHUMSMITH+BROWN, PC

The relief set forth on the following page is **ORDERED**.

**DATED: April 20, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain ___WithumSmith+Brown, PC___
as ___Accountant___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  WithumSmith+Brown, PC
    
    200 Jefferson Park, Suite 400
    
    Whippany, NJ 07981-1070

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25396-VFP |
| James X. Rezabala | Chapter 7 |
| Erika M. Penachi | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | James X. Rezabala, 3365 Kennedy Blvd., Jersey City, NJ 07307-4208 |
| jdb | + | Erika M. Penachi, 453 Tomas Ave., Apt. 2, Lyndhurst, NJ 07071-3117 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA N.A. dmcdonough@flwlaw.com |
| Joseph R Zapata, Jr | on behalf of Plaintiff Steven P. Kartzman jzapata@msbnj.com |
| Kevin Gordon McDonald | on behalf of Creditor BANK OF AMERICA N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf903 | Total Noticed: 2 |

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William P. Bonomo
    on behalf of Joint Debtor Erika M. Penachi nyattybill@aol.com
    bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bestcase.com

William P. Bonomo
    on behalf of Debtor James X. Rezabala nyattybill@aol.com
    bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bestcase.com

TOTAL: 11