UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

**WITHUM SMITH + BROWN, P.C.**
CERTIFIED PUBLIC ACCOUNTANTS
200 Jefferson Park, Suite 400
Whippany, NJ 07981
(973) 898-9494
Accountants for Trustee

**Order Filed on September 7, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**James X. Rezabala**
**Erika M. Penachi**

                                    **Debtor.**

| | |
|---|---|
| Case No. | 19-25396-VFP |
| Chapter | 7 |
| Hearing Date: | |
| Judge: | Judge Vincent F. Papalia |

**ORDER GRANTING ALLOWANCES ON FIRST AND FINAL INTERIM PETITION
FOR COMPENSATION TO ACCOUNTANTS FOR THE TRUSTEE**

The relief set forth on the following pages, number two (2)  is hereby **ORDERED**.

**DATED: September 7, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor:      **James X. Rezabala**
             **Erika M. Penachi**

Case No.:        7

Caption of Order:        **ORDER GRANTING ALLOWANCES ON FIRST AND FINAL INTERIM
                         PETITION FOR COMPENSATION TO ACCOUNTANTS FOR TRUSTEE**

_____
_

      The Court finds that the persons named below filed applications for allowances; notice and

opportunity for hearing were given to creditors and other parties in interest as required; and for good

shown,

      ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Withum Smith + Brown, P.C. | $2,031.00 | $0.00 |