**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
By: Steven P. Kartzman, Esq.
skartzman@msklaw.net
Tel. (973) 267-0220
*Attorneys for the Trustee, Steven P. Kartzman*



**Order Filed on January 9, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>**JAMES X. REZABALA AND ERIKA M. PENACHI**<br><br><br>Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 19-25396 (VFP)<br><br>Chapter 7<br><br>Hearing Date: **January 9, 2024 @ 2:00 p.m.** |

**ORDER GRANTING FINAL ALLOWANCE OF FEES
AND EXPENSES TO MELLINGER KARTZMAN LLC,
ATTORNEYS FOR CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: January 9, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

| | |
|---|---|
| Debtor: | Rezabala and Penachi |
| Case No.: | 19-25396-VFP |
| Caption of Order: | Order Granting Final Allowances |

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee, Steven P. Kartzman) | $4,276.00 | $146.16 |